| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 4 | DOUGLAS K. CHANG (SBN HI2922)<br>Assistant United States Attorney |
| 5 | douglas.chang@usdoj.gov |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California  94102 |
| 7 | Telephone: (415) 436-6985<br>Facsimile:  (415) 436-6748 |

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>     v.<br>KIRK MITCHELL,<br>              Defendant. | Case No.:  CR 90-0047-MAG<br><br>~~(PROPOSED)~~ **ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $10.92, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: 11/21/2008

IT IS SO ORDERED

Judge Marilyn H. Patel